1  John W. Carpenter (Bar No. 221708)
   john@jwcarpenterlaw.com
2  33 ½ Los Pinos
   Nicasio, CA  94946
3  Telephone: (415) 577-0698
   Facsimile:  1- 866-410-6248
4
   Attorney for Plaintiff
5  Technology Licensing Company Inc.

6
                                                                *E-FILED - 1/6/09*
7

8                       UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11
12
13  TECHNOLOGY LICENSING CO. INC.,          CASE NO.  CV 08 3800  RMW
14      Plaintiff                            REQUESTS AND [xxxxxxxxxxxxxx]ORDER
                                             FOR CONTINUING INITIAL CASE
15      vs.                                  MANAGEMENT CONFERENCE
16  RADIO SHACK CORPORATION
17      Defendant

18
19             **Requests for Continuance of Initial Case Management Conference**
20
21          Plaintiff  TECHNOLOGY LICENSING CO. INC. ("TLC") respectfully requests a
22  continuance of the Initial Case Management in this matter.
23          The Initial Case Management Conference is currently set for January 9, 2009 at 10:30
24  AM.
25          The undersigned attorney representing the Plaintiff is in the process of moving his law
26  offices from San Francisco to New Orleans due to family reasons; and Defendant Radio Shack
27  Corporation ("RADIO SHACK") has not answered the subject lawsuit.
28

                                          [PROPOSED] ORDER CONTINUING INITIAL CMC
                                                       CV 08-3800

RADIO SHACK is the retailer of DVD players supplied by America Action Inc. and who is a defendant to TLC in the lawsuit: *TLC v. America Action Inc.*, Civil Action No. 3:08-cv-3803. DVD players are the devices which are alleged to infringe the patent made subject of this lawsuit.

TLC and America Action Inc. are presently engaged in ongoing discussions to settle the lawsuit *TLC v. America Action Inc.* It is anticipated that *TLC v. America Action Inc.* will settle within the next 2 weeks, and when settled, the subject lawsuit will be dismissed.

TLC respectfully seeks a continuance of the Initial Case Management Conference to January 30, 2009 at 10:30 AM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby requested that the Initial Case Management Conference in this matter by continued to January 30, 2009 at 10:30 AM., or to whatever date and time thereafter as set by the Court.

DATED: December 31, 2008

Respectfully submitted,

By _____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

**ORDER**

PURSUANT TO PLAINTIFF'S REQUEST AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __1/6_____, 2009

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge