1  John W. Carpenter (Bar No. 221708)
   john@jwcarpenterlaw.com
2  33 ½ Los Pinos
   Nicasio, CA  94946
3  Telephone: (415) 577-0698
    Facsimile:  1- 866-410-6248
4
   Attorney for Plaintiff
5  Technology Licensing Company Inc.

6

7                                                                *E-FILED - 1/29/09*

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  TECHNOLOGY LICENSING CO. INC.,        CASE NO.  CV 08 3800  RMW

14      Plaintiff                          REQUESTS AND [PROPOSED] ORDER
                                           FOR CONTINUING INITIAL CASE
15      vs.                                MANAGEMENT CONFERENCE

16  RADIO SHACK CORPORATION

17      Defendant

18

19

20          **Requests for Continuance of Initial Case Management Conference**

21
        Plaintiff  TECHNOLOGY LICENSING CO. INC. ("TLC") respectfully requests a
22
    continuance of the Initial Case Management in this matter.
23
        The Initial Case Management Conference is currently set for January 30, 2009 at 10:30
24
25  AM.

26      This Request is being supported by a Declaration from Kao Lun, attorney for

27

28

                                    PROPOSED ORDER CONTINUING INITIAL CMC
                                    CV 08-3800

America Action Inc. which sells to Defendant, Radio Shack Corporation, the DVD products which are in dispute.  The Declaration states in part:

> Radio Shack is the retailer of DVD players supplied by America Action Inc.
> America Action is a defendant to TLC in the lawsuit: *TLC v. America Action Inc.*, Civil Action No. 3:08-cv-3803.
> DVD players are the devices which are alleged to infringe the patent made subject of this lawsuit, as well as the lawsuit TLC *v. America Action Inc.*
> The settlement agreement between TLC and America Action Inc. has been prepared and sent to Taiwan for execution by the President of America Action. Inc.
> The settlement agreement has not been signed by the President of America Action because of Chinese holidays.
> It is my understanding that once TLC and America Action have signed the settlement agreement and America Action has complied with the settlement terms (i.e., transfer of appropriate funds), the lawsuit *Technology Licensing Co. v. Radio Shack* will be dismissed.

It is anticipated that *TLC v. America Action Inc.* will settle within the next 2 weeks, and when settled, the subject lawsuit will be dismissed.

TLC respectfully seeks a continuance of the Initial Case Management Conference to February 13 2009 at 10:30 AM, or to whatever date and time thereafter as set by the Court.

This is the second request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

- 2 -   ~~PROPOSED~~ ORDER CONTINUING INITIAL CMC
CV 08-3800

1  Accordingly, it is hereby requested that the Initial Case Management Conference in this
2  matter by continued to **February 13, 2009 at 10:30 AM.**, or to whatever date and time thereafter
3  as set by the Court.

7  DATED:  January 29, 2009

Respectfully submitted,

By _____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

### ORDER

PURSUANT TO PLAINTIFF'S REQUEST AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated ___1/29_____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge

***No further continuances.**

John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 577-0698
Facsimile: 1- 866-410-6248

Attorney for Plaintiff
Technology Licensing Company Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., <br><br> Plaintiff <br><br> vs. <br><br> RADIO SHACK CORPORATION <br><br> Defendant | CASE NO.  CV 08 3800  RMW <br><br> **DECLARATION OF KAO LU IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE.** |

### Declaration of Kao Lu in Support of Plaintiff's Requests for Continuance of Initial Case Management Conference

I, Kao Lu, do hereby declare:

1. I represent America Action, Inc. in the law suit captioned: TLC *v. America Action Inc.*, Civil Action No. 3:08-cv-3803. My business address is 1425 E. Darby Road, Havertown, Pa. 19083. The facts set forth herein are within my personal knowledge and I would be competent to testify thereto if called as a witness in the case. I make this declaration in support of Plaintiff's Requests for Continuance of Initial Case Management Conference, filed concurrently herewith.

DECLARATION OF KAO LU
CV 08-3800

2. Radio Shack is the retailer of DVD players supplied by America Action Inc.

3. America Action is a defendant to TLC in the lawsuit: *TLC v. America Action Inc.*, Civil Action No. 3:08-cv-3803.

4. DVD players are the devices which are alleged to infringe the patent made subject of this lawsuit, as well as the lawsuit TLC *v. America Action Inc.*

5. The settlement agreement between TLC and America Action Inc. has been prepared and sent to Taiwan for execution by the President of America Action. Inc.

6. The settlement agreement has not been signed by the President of America Action because of Chinese holidays.

7. It is my understanding that once TLC and America Action have signed the settlement agreement and America Action has complied with the settlement terms (i.e., transfer of appropriate funds), the lawsuit *Technology Licensing Co. v. Radio Shack* will be dismissed.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28 day of January, 2009 at Havertown, Pa.

_____
Kao Lu