JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

Eric J. Sinrod
Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
Phone: 415.957.3019
Facsimile: 415.957.3001
EJSinrod@duanemorris.com

*Attorneys for Plaintiff*
*Technology Licensing Company, Inc.*

*Attorneys for Defendant*
*RadioShack Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**E-FILED - 2/26/09**

| Technology Licensing Company, Inc., | Case No. CV 08 3800 RMW |
|---|---|
| Plaintiff | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |
| v. | |
| RadioShack Corp. | |
| Defendant | |

Stipulation of Dismissal
Case No. C 08-03800 RMW          Technology Licensing Co v. RadioShack Corp.

Pursuant to a confidential settlement agreement and release between Technology Licensing Company, Inc. and Action Electronics Co., Ltd as settlement of the action in the United States District Court in and for the Northern District of California, *Technology Licensing Company, Inc. v. America Action, Inc.* Case No. CV 08-03803, and the rights accorded to Radio Shack Corporation as a licensee customer for the licensee product(s) of Action Electronics Co., Ltd., IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant Radio Shack Corp. ("RadioShack"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, relating to the licensee product(s) identified in the confidential settlement agreement and release, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: Feb 26, 2009

By: [signature]
JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff Technology Licensing Company*

Dated: ___Feb. 12___, 2009

By: _____
Eric J. Sinrod
Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
Phone: 415.957.3019
Facsimile: 415.957.3001

*Attorneys for Defendant RadioShack Corp.*

### ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated ___2/26___, 2009       *Ronald M. Whyte*
_____
Hon. Ronald M. Whyte
United States District Judge

Stipulation of Dismissal
Case No. C 08-03800 RMW         Technology Licensing Co v. RadioShack Corp.